UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEANETTE WALKER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3666** |
| **MICHAEL J. ASTURE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"(5)** |

## ORDER AND JUDGMENT

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, and against Plaintiff **DISMISSING** all claims.

New Orleans, Louisiana, this 28th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE